

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

JAMES L. BLOCK,            §            No. 08-14-00022-CR

           Appellant,            §            Appeal from the

v.            §            382nd District Court

THE STATE OF TEXAS,            §            of Rockwall County, Texas

           State.            §            (TC# 2-13-335)

§

# O R D E R

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **June 6, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Celia Sams, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before June 6, 2014.

IT IS SO ORDERED this 30th day of April, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.